# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MARC GRANT, by his next friend,
JEANNINE GRANT, *et al.*,

    Plaintiffs,

v.

No. 4:24-cv-00384-RH-MAF

JASON WEIDA, in his official capacity
as Secretary, Florida Agency for Health
Care Administration,

    Defendant.

_____/

## NOTICE OF APPEARANCE ON BEHALF OF SECRETARY WEIDA

The undersigned attorney gives notice of his appearance as counsel in this matter for Defendant, Secretary Weida.

    /s/ *Andy Bardos*
    Andy Bardos (FBN 822671)
    GRAYROBINSON, P.A.
    301 South Bronough Street, Suite 600
    Tallahassee, Florida 32301
    Telephone: 850-577-9090
    andy.bardos@gray-robinson.com
    *Attorneys for Secretary Weida*