# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

MARC GRANT et al.,

    Plaintiffs,

v.                            CASE NO. 4:24cv384-RH-MAF

JASON WEIDA,

    Defendant.

_____/

## ORDER EXTENDING THE DEADLINE TO RESPOND TO THE COMPLAINT

The defendant's unopposed motion, ECF No. 14, to extend the deadline to respond to the complaint is granted. The deadline is extended to December 9, 2024.

SO ORDERED on November 25, 2024.

                            s/Robert L. Hinkle
                            United States District Judge